# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

SYLVIA R.,

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 05, 2019

SEAN F. MCAVOY, CLERK

Civil Action No.   4:17-CV-05177-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED in part, and the matter is REMANDED to the
Commissioner for additional proceedings.  Defendant's Motion for Summary Judgment (ECF No. 20) is DENIED.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ John T. Rodgers _____ on Motions for Summary Judgment
    (ECF Nos. 15 and 20).

Date:  __March 5, 2019_____

CLERK OF COURT

_SEAN F. McAVOY_____

_s/ Penny Lamb_____
*(By) Deputy Clerk*

_Penny Lamb_____